# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE DE JESUS VENTURA-FRANCO (1),<br><br>　　　　　　Defendant. | Criminal Case No. 99CR2770-H<br><br>JUDGMENT AND<br>ORDER OF DISMISSAL |

　　　GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Jose De Jesus Ventura-Franco is **dismissed without prejudice**. The defendant is hereby discharged. Furthermore, the government's motion for re-issuance of the bench warrant (Doc. No. 22) is moot and any pending bench warrants, if any, in this matter is hereby recalled.

　　　IT IS SO ORDERED AND ADJUDGED.

Dated:  March 2, 2015

　　　　　　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE